UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JAN 10 A 2: 55

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08CR 0117-JM |
| Plaintiff | ) | CRIMINAL NO. 07mj 2951 |
| | ) | ORDER |
| vs. | ) | RELEASING MATERIAL WITNESS |
| Francisco Octavio Mejia-Castro | ) | Booking No. 06773298 |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / (Case Disposed) / Order of Court).

Abdiaz Dominguez-Herrera

DATED: 1/10/08

_____
William McCurine, Jr.
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk