# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

RECEIVED
2008 JAN 10 A 2:33

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff ) <br> ) <br> vs. ) <br> ) <br> Francisco Octavio Mejia-Castro ) <br> ) <br> Defendant(s) ) | CRIMINAL NO. 08CR0117-JM <br> 07mj2951 <br> ORDER <br> RELEASING MATERIAL WITNESS <br> Booking No. 06773298 |

William McCurine, Jr.

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Manuela Cruz-Alvarez

DATED: 1/10/08

William McCurine, Jr.
_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by
Deputy Clerk