

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08cr0117-JM |
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(iii) - Bringing in Illegal Aliens Without Presentation; Title 18, U.S.C., Sec. 2 - Aiding and Abetting |
| FRANCISCO OCTAVIO MEJIA-CASTRO, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about December 19, 2007, within the Southern District of California, defendant FRANCISCO OCTAVIO MEJIA-CASTRO, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Felipe Cano-Velasco, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2.

DATED: January 10, 2008

KAREN P. HEWITT
United States Attorney

JEFFREY D. MOORE
Assistant U.S. Attorney

JDM:mg:San Diego
12/27/07