15

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| FRANCISCO OCTAVIO MEJIA-CASTRO | CASE NUMBER: 07cr0117-JM |

I, FRANCISCO OCTAVIO MEJIA-CASTRO, the above-named defendant, who is accused of committing the following offense:

Bringing in Illegal Aliens Without Presentation and Aiding and Abetting, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii) and Title 18, United States Code, Section 2 (Felony),

being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 1/10/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X _Fco. O. M.C._
Defendant

_____
Defense Counsel

Before _____
Judicial Officer

**FILED**

JAN 1 0 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY